```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 02645
   CATHY R REYNOLDS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3486
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/15/07 and confirmed on 05/23/07.

2. The case was converted to Chapter 7 after confirmation, 01/11/2008.

3. The Debtor paid a total of $ 3624.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | .00 | .00 | .00 |
| SPECIALIZED LOAN SERVICI | SECURED | .00 | .00 | .00 |
| CONSUMER PORTFOLIO SERVI | SECURED VEHIC | 8100.00 | 505.67 | 1039.68 |
| GREAT AMERICAN FINANCE | SECURED | 300.00 | 6.35 | 128.20 |
| TOWN CENTRE OARC CONDO A | SECURED | 301.76 | 18.72 | 301.76 |
| TEMPUS PALMS INTERNATION | UNSECURED | 9926.45 | .00 | .00 |
| SUBURBAN RADIOLIGISTS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 159.09 | .00 | .00 |
| T MOBILE USA | UNSECURED | 309.85 | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | 385.00 | .00 | .00 |
| AUDIT PROFIT ASSET | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| RICLAN BACKER COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SPECIALIZED LOAN SERVICI | MORTGAGE ARRE | 771.51 | .00 | .00 |
| AMICA MUTUAL INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER PORTFOLIO SERVI | UNSECURED | 8705.95 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREAT AMERICAN FINANCE | UNSECURED | 468.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 242.62 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9473.27 | .00 | 20196.96 | .00 | 29670.23 |

```
PRINCIPAL PAID            1469.64           .00           .00           .00      1469.64
INTEREST PAID              530.74           .00           .00           .00       530.74
TOTAL PAID                2000.38           .00           .00           .00      2000.38
```

The Debtor's attorney, STAVER & GAINSBERG PC           , was allowed $   3000.00  and was paid $    474.00  direct and $   1500.22  through the plan.

The Trustee received $    123.40 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/17/08                         /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE